ELIZABETH VENABLE, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Argued November 28, 1934; decided December 31, 1934.)

*Paul Windels,* Corporation Counsel (*Paxton Blair, Samuel A. Bloom* and *James E. O'Reilly* of counsel), for appellant.

*Thomas A. Shaw* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.